United States District Court
Southern District of Texas
**ENTERED**
February 14, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| GERAMH THIERRY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:24-cv-4 |
| | § | |
| W&T OFFSHORE, INC., | § | |
| | § | |
| Defendant. | § | |

## **STIPULATED DISMISSAL**

On February 11th and 12th, 2025, the parties filed joint stipulations of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 30–31.

Accordingly, it is hereby **ORDERED** that all claims asserted by any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

Signed on Galveston Island this 14th day of February, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE